IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Hamblet, Jacqueline

Printed: 3/20/07

Case Number: 06 B 14624
Judge: Squires, John H
Filed: 11/8/06

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Ch 7 Conversion:  March 12, 2007
Confirmed:  February 21, 2007

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 1,366.00 |  |
| Secured: |  | 772.07 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 0.00 |
| Trustee Fee: |  | 38.93 |
| Other Funds: |  | 555.00 |
| Totals: | 1,366.00 | 1,366.00 |

## DISBURSEMENT DETAIL

| # | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | US Bank | Secured | 0.00 | 0.00 |
| 2. | Wilshire Credit Corp | Secured | 0.00 | 0.00 |
| 3. | City Of Chicago | Secured | 0.00 | 0.00 |
| 4. | Americredit Financial Ser Inc | Secured | 16,161.10 | 772.07 |
| 5. | US Bank | Secured | 1,699.00 | 0.00 |
| 6. | Wilshire Credit Corp | Secured | 4,911.06 | 0.00 |
| 7. | Resurgent Capital Services | Unsecured | 150.18 | 0.00 |
| 8. | ECast Settlement Corp | Unsecured | 88.25 | 0.00 |
| 9. | ECast Settlement Corp | Unsecured | 38.42 | 0.00 |
| 10. | Capital One | Unsecured | 97.47 | 0.00 |
| 11. | City Of Chicago | Secured |  | No Claim Filed |
| 12. | City Of Chicago | Unsecured |  | No Claim Filed |
| 13. | Commonwealth Edison | Unsecured |  | No Claim Filed |
| 14. | Peoples Energy Corp | Unsecured |  | No Claim Filed |
|  |  |  | $ 23,145.48 | $ 772.07 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 4.8% | 38.93 |
|  | $ 38.93 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**  Hamblet, Jacqueline | Case Number:  06 B 14624 |
| | Judge:  Squires, John H |
| Printed:  3/20/07 | Filed:  11/8/06 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

_Denise Ashley_