IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE: Hamblet, Charles

Printed: 01/22/09

Case Number: 06 B 14624
Judge: Squires, John H
Filed: 11/8/06

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:  Dismissed: October 1, 2008
Confirmed: February 21, 2007

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 9,413.50 | |
| Secured: | | 7,994.23 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 897.38 |
| Trustee Fee: | | 521.89 |
| Other Funds: | | 0.00 |
| Totals: | 9,413.50 | 9,413.50 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Robert J Semrad & Associates | Administrative | 1,872.00 | 897.38 |
| 2. | US Bank | Secured | 0.00 | 0.00 |
| 3. | Wilshire Credit Corp | Secured | 0.00 | 0.00 |
| 4. | Americredit Financial Ser Inc | Secured | 20,677.97 | 7,899.25 |
| 5. | City Of Chicago | Secured | 270.43 | 94.98 |
| 6. | US Bank | Secured | 1,699.00 | 0.00 |
| 7. | Wilshire Credit Corp | Secured | 4,911.06 | 0.00 |
| 8. | Capital One | Unsecured | 487.34 | 0.00 |
| 9. | ECast Settlement Corp | Unsecured | 441.27 | 0.00 |
| 10. | Resurgent Capital Services | Unsecured | 150.18 | 0.00 |
| 11. | ECast Settlement Corp | Unsecured | 192.11 | 0.00 |
| 12. | City Of Chicago | Unsecured | | No Claim Filed |
| 13. | Commonwealth Edison | Unsecured | | No Claim Filed |
| 14. | Peoples Energy Corp | Unsecured | | No Claim Filed |
| | | | $ 30,701.36 | $ 8,891.61 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 4.8% | 38.93 |
| 5.4% | 374.51 |
| 6.5% | 107.04 |
| 6.6% | 1.41 |
| | $ 521.89 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**  Hamblet, Charles | Case Number:  06 B 14624 |
| | Judge:  Squires, John H |
| Printed: 01/22/09 | Filed:  11/8/06 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

          Marilyn O. Marshall, Trustee, by:

